and there is no affidavit of merits by the plaintiff. Settle order on notice. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

■ BARNARD A. YOUNG, Respondent, v. HERMAN STARR et al., Appellants. — Order unanimously modified so as to strike item "7" of plaintiff's notice and, as so modified, affirmed. An examination as to this item is not warranted. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

■ In the Matter of the Arbitration between B. & A. CARPENTERS, INC., Respondent, and HARRY JERESKI, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice. Concur — Botein, J. P., Rabin, Cox and Bergan, JJ.

■ CATHERINE M. POLLACK, Individually and as Executrix of LEONARD W. POLLACK, Deceased, Respondent, v. EUGENE M. PLETCHER, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

■ In the Matter of the Arbitration between EUGENE M. PLETCHER, Appellant, and CATHERINE M. POLLACK, as Executrix of LEONARD W. POLLACK, Deceased, and Individually, Respondent.— Orders unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

■ In the Matter of the Accounting of LEWIS L. CLARKE et al., as Cotrustees under the Will of MARY R. DIAZ-ALBERTINI, Deceased, Respondents. WILLIAM R. DIAZ-ALBERTINI et al., Appellants; LEANDER G. DIAZ-ALBERTINI et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent Leander Gerard Diaz-Albertini. No opinion. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

■ In the Matter of ANONYMOUS, Appellant, against ANONYMOUS, Respondent.— Order [dismissing complaint] unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Order [denying motion to strike out affidavit] unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Frank and Valente, JJ. [See post, p. 674.]

■ In the Matter of the Arbitration between MARY FRIEDLAND, Appellant, and WILLIAM FRIEDLAND, Respondent.— Order unanimously modified so as to grant the motion to the extent of striking from the demand for arbitration that part of the prayer for relief which sought damages for breach of contract and the application for "judgment declaring the rights and legal relations of the parties with respect to their obligations pursuant to the partnership agreement". Such relief is either unrelated to or is broader than the issues submitted to the arbitrator for determination and award. As so modified, the order is affirmed. Settle order on notice. Concur — Botein, J. P., Rabin, Cox and Bergan, JJ.

■ In the Matter of the Arbitration between AFFILIATED COAT & APRON SUPPLY CO., Appellant, and LAUNDRY WORKERS JOINT BOARD OF GREATER NEW YORK AMALGAMATED CLOTHING WORKERS OF AMERICA, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox and Bergan, JJ.

■ MURIEL S. COMAN, Respondent, v. HARRY J. COMAN, Appellant.— Defendant, who is plaintiff's divorced husband, appeals from an order denying his motion which seeks among other things to punish his former wife for contempt of court for her failure to permit him visitation with their child at the times and place fixed by an order of this court. The mother contends that the child refuses to see his father and that to force him to do so would disturb him emotionally and affect his health adversely. However, she offers no excuse for her failure to advise the court and the father of the inadvisability of obeying the court's mandate. On the other hand, the father does not explain satisfac-